IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINA SMITH,**<br>      **Plaintiff,**<br><br>      v.<br><br>**NMC WOLLARD, INC., WOLLARD AIRPORT EQUIPMENT, INC., WOLLARD EQUIPMENT CO., INC., NORTHWESTERN MOTOR CO., INC., DIVISION OF MOBILITY INC., STEINGART ACQUISITION CO., INC., CRITON TECHNOLGOIES WOLLARD AIRPORT EQUIPMENT COMPANY, HOBART BROTHERS, LLC,**<br>      **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 19-5101** |

# O R D E R

**AND NOW**, this 24th day of April, 2020, upon consideration of Defendant Hobart Brothers LLC's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim (ECF No. 27), Plaintiff's Response in Opposition (ECF No. 30), and Defendant's Reply in Support (ECF No. 32), **IT IS ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction is **DENIED**. Defendant's Motion to Dismiss for Failure to State a Claim is **GRANTED**. Plaintiff's Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                            BY THE COURT:

                                                            /s/Wendy Beetlestone, J.

                                                            _____
                                                            **WENDY BEETLESTONE, J.**