IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINA SMITH,<br>        **Plaintiff,**<br><br>        v.<br><br>NMC WOLLARD, INC., WOLLARD<br>AIRPORT EQUIPMENT, INC.,<br>WOLLARD EQUIPMENT CO., INC.,<br>NORTHEASTERN MOTOR CO., INC.,<br>HOBART BROTHERS COMPANY,<br>NORTHWESTERN MOTOR CO., INC.,<br>DIVISION OF MOBILITY INC.,<br>STEINGART ACQUISITION CO., INC.,<br>CRITON TECHNOLGOIES WOLLARD<br>AIRPORT EQUIPMENT COMPANY,<br>        **Defendants.** | CIVIL ACTION<br><br><br>NO.  19-5101 |

# O R D E R

**AND NOW**, this 23rd day of July, 2021, **IT IS HEREBY ORDERED**:

1. Upon consideration of Defendants' Motion for Summary Judgment (ECF 63), Plaintiff's response thereto (ECF 67), Defendants' reply (ECF 70), and Plaintiff's sur-reply (ECF 75), that the Motion is **DENIED**.

2. Upon consideration of Defendants' Motion to Preclude the Reports, Testimony, and Evidence of Plaintiff's Expert (ECF 64), Plaintiff's response thereto (ECF 68), Defendants' reply (ECF 72), and Plaintiff's sur-reply (ECF 74), that the Motion is **DENIED.**

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**